In the Matter of the Accounting of MARIE STUTZIN, as Executrix of ROSE W. ENGLANDER, Deceased, Respondent.

JACOB ENGLANDER, Appellant; ANNA WEINSTEIN, Respondent.

Submitted February 27, 1941; decided March 13, 1941.

*Edward A. Lipton* and *Harold Chase* for appellant.

*Louis W. Rosen* for Marie Stutzin, as executrix, respondent.

*Carl Eill Schiffer* for Anna Weinstein, respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.